**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT PIERCE DIVISION**

ARDRIA CLARK, as next friend, and on behalf
MARION GREEN MARSHALL, and MARION
GREEN MARSHALL,

                  Plaintiffs,

-against -

GARY, WILLIAMS, PARENTI, WATSON,
GARY & GILLESPIE, P.L.L.C. d/b/a GARY,
WILLIAMS, PARENTI, WATSON AND
GARY, P.L.L.C., WILLIE E. GARY, KOBIE
O. GARY, and MARCUS LETT,

                  Defendants.

_____/

Case No.: 2:24-cv-14068-JEM

**MOTION TO DISMISS CLAIMS**
**AGAINST MARCUS LETT**

Plaintiffs ARDRIA CLARK, as next friend, and on behalf of MARION GREEN

MARSHALL, and MARION GREEN MARSHALL hereby move under Rule 41(a)(2) of the

Federal Rules of Civil Procedure to dismiss their claims against Marcus Lett.

In support of this motion, Plaintiffs submit the accompanying declaration of their counsel,

Edward Griffith, dated April 1, 2026, a supporting memorandum of law, and state as follows:

1.      After reviewing the results of discovery and discussions with Defendant Marcus

Lett, Plaintiffs have come to the conclusion that he did not make the false misrepresentations set

forth in paragraphs 5, 29-30, 51, and 53-54 of the Complaint. Those allegations are the sole basis

for the three claims asserted against Mr. Lett:

      a)      The fraud claim set forth in the Complaint's Third Claim for Relief;

      b)      The bad faith claim set forth in the Fourth Claim for Relief; and

      c)      The request for punitive damages set forth in the Fifth Claim for
               Relief.

2.      Accordingly, Plaintiffs moves to dismiss those claims against Mr. Lett. This motion

does not seek dismissal of any claims against the other defendants, GARY, WILLIAMS, PARENTI, WATSON, GARY & GILLESPIE PLLC, WILLIE E. GARY, and KOBIE O. GARY (collectively, the "Gary Defendants").

3.      The Gary Defendants do not consent to this motion, although they have not asserted any crossclaims against Mr. Lett and the time for doing so elapsed eight months ago, on August 1, 2025. Dismissal of Plaintiffs' claims against Mr. Lett therefore cannot possibly prejudice the Gary Defendants.

Dated: April 1, 2026
    Brooklyn, New York

Respectfully submitted,

THE GRIFFITH FIRM

        /s/ Edward Griffith
By: _____
    Edward Griffith
    (admitted pro hac vice)
77 Sands Street
Brooklyn, New York 11201
(646) 645-3784 (mobile)
eg@thegriffithfirm.com

*Plaintiffs Ardria Clark, as next friend, and on behalf of Marion Green Marshall, and Marion Green Marshall*

2

**CERTIFICATE OF SERVICE**

On April 1, 2026, I served the forgoing document by filing it using the Court's CM/ECF

filing system, which constitutes service on all ECF-registered parties, which include counsel for

all Defendants in this action.

Dated:       April 1, 2026
             Brooklyn, New York

                                    */s/ Edward Griffith*
                        _____
                                EDWARD GRIFFITH