**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT PIERCE DIVISION**

ARDRIA CLARK, as next friend, and on behalf
MARION GREEN MARSHALL, and MARION
GREEN MARSHALL,

        Plaintiffs,

     -against -

GARY, WILLIAMS, PARENTI, WATSON,
GARY & GILLESPIE, P.L.L.C. d/b/a GARY,
WILLIAMS, PARENTI, WATSON AND
GARY, P.L.L.C., WILLIE E. GARY, KOBIE
O. GARY, and MARCUS LETT,

        Defendants.

_____/

Case No.: 2:24-cv-14068-JEM-SMM

**DECLARATION OF**
**EDWARD GRIFFITH**

EDWARD GRIFFITH declares pursuant to 28 U.S.C. § 1746 as follows:

1. I am counsel to Plaintiffs ARDRIA CLARK, as next friend, and on behalf of MARION GREEN MARSHALL, and MARION GREEN MARSHALL, and I make this declaration in support of their motion pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure to dismiss their claims against Defendant Marcus Lett (the "Motion").

2. I have read the Motion and the accompanying supporting Memorandum of Law. The factual allegations in that Motion and Memorandum of Law are true and correct based on my personal knowledge, my review of documents produced in discovery, and my discussions with Defendant Marcus Lett.

3. Annexed hereto as Exhibit 1 is the Declaration of Mr. Lett, which denies that he made the misrepresentations set forth in paragraphs 5, 29-30, 52, and 52-54 of the Complaint.

1

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 1, 2026
      Brooklyn, New York

_____
EDWARD GRIFFITH

## CERTIFICATE OF SERVICE

On April 1, 2026, I served the forgoing document by filing it using the Court's CM/ECF

filing system, which constitutes service on all ECF-registered parties, which include counsel for

all Defendants in this action.

Dated:        April 1, 2026
              Brooklyn, New York

                                                   */s/ Edward Griffith*
                                          _____
                                                   EDWARD GRIFFITH