# EXHIBIT  1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT PIERCE DIVISION**

ARDRIA CLARK, as next friend, and on behalf
MARION GREEN MARSHALL, and MARION
GREEN MARSHALL,

                Plaintiffs,

      -against -

GARY, WILLIAMS, PARENTI, WATSON,
GARY & GILLESPIE, P.L.L.C. d/b/a GARY,
WILLIAMS, PARENTI, WATSON AND
GARY, P.L.L.C., WILLIE E. GARY, KOBIE
O. GARY, and MARCUS LETT,

                Defendants.

_____/

Case No.: 2:24-cv-14068-JEM-SMM

**DECLARATION OF**
**MARCUS LETT**

MARCUS LETT declares pursuant to 28 U.S.C. § 1746 as follows:

1. I have read the Complaint in this action. The allegations set forth in paragraphs 5, 29, and 30 that I spoke to Plaintiffs Ardria Clark and Marion Green Marshall in March 2019 and told them that unless they returned the litigation funding that I had arranged for them, "the FBI would arrest them, charge them with criminal fraud and other crimes, and seek prison terms of several years," is false. I did not speak to them after they received the litigation funding, and I would never have told them that they risked arrest if the funds were not returned.

2. Indeed, such a representation not only would have been false, but it was in my interest that they keep the funding. I was entitled to a commission for arranging the funding, but I lost that commission when they returned the funds.

3. While I have no personal knowledge of whether Kobie Gary made that false representation, I know that the litigation funding was based on representations made by the Gary

firm about a pending product liability case that were not true. If the underwriters who advanced the litigation funding learned that the Gary firm's representations about the product liability case were false, they could have attempted to recover the funding from the Gary firm.

4.      I will voluntarily produce all documents in my possession or control concerning the litigation funding and I will voluntarily make myself available at a mutually convenient time for a deposition, at which I will confirm the above facts and answer any related questions.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 1, 2026
          Dallas, Texas

*marcus lett*
_____
MARCUS LETT